UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND BATES,<br><br>　　　　　　Defendant. | No. CR-99-143-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court on December 18, 2006, based upon the defendant's motion for termination of supervised release; and the Court having determined that supervised release should continue; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for termination of supervised release (**Ct. Rec. 37**) is denied for the reasons indicated by the Court during the course of the hearing on the defendant's motion.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to Mr. Bates and to counsel for the government.

**DATED** this _____ day of December, 2006.

　　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　　　　United States District Judge

ORDER- 1